In the Matter of the Judicial Settlement of the Voluntary Account of Proceedings of IRVING BANK-COLUMBIA TRUST COMPANY, as Administrator, etc., of HARTLEY HAIGH II, Deceased.— Decree affirmed, with costs of this appeal to all parties separately appearing and filing separate briefs, payable out of the estate. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN TUTULES, Appellant, v. STELIOS MARKANTONIS and Others, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD J. G. AJELLO, an Infant, etc., Appellant, v. STONE's EXPRESS, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANTONIO AJELLO, Appellant, v. STONE's EXPRESS, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL NUGENT, Appellant, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FREDERICK L. HUTCHINSON, Respondent, v. A. B. LEACH & Co., INC., Appellant. — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS SCHIFF, Respondent, v. 712 HOLDING CORPORATION, Appellant.— Judgment affirmed, with costs. The new time of closing to be thirty days from date of entry of order affirming judgment. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLOTTE D. STEELE, Respondent, v. YELLOW TAXI CORPORATION, Appellant. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM WEINROTH, Respondent, v. ARTHUR UYTTERHAGER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM MOORE and Another.— Motion to dismiss appeal granted, unless appellants procure record on appeal and appellant's points to be filed on or before April 14, 1927. No further extension of time will be given. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IRVING KATZ.— Motion to dismiss appeal granted, unless appellant procure record on appeal and appellant's points to be filed on or before April 14, 1927. No further extension of time will be granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANCIS L. BURNS and Another, as Executors, etc., of MICHAEL F. BURNS, Deceased, v. BURNS BROS.— Preference granted for April 12, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.